IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HEMPSTEAD COUNTY HUNTING
CLUB, INC.                                                                                          PLAINTIFF

v.                                            4:10-cv-04098-WRW

SOUTHWESTERN ELECTRIC
POWER COMPANY, *et al.*                                                                  DEFENDANTS

## ORDER

Plaintiff objects to the inclusion of certain documents in the Supplement to the Administrative Record (Doc. No. 70). Federal Defendants have responded.[1]

The following documents are stricken from the Supplement to the Administrative Record because they were created after the decision to issue the permit had been made: AR007281-85[2]; AR007297-301.[3]

Plaintiff also objects to documents at AR006923-63, AR007029-34, AR007037-47, and AR007048-54.[4] Federal Defendants respond that *Sierra Club* Plaintiffs[5] requested all four documents and that AR006923-63, AR007029-34, AR007037-47 are attachments to emails included in the initial Administrative Record. The Corps is directed to file a brief providing the origins of these four documents (*i.e.*, which emails these documents were attached to and when the drawings/maps at AR007037-47 were created) by 5:00 p.m. on Wednesday, September 15, 2010. Plaintiff may file an appropriate motion if there is still an objection after the brief is filed,

---

[1] Doc. No. 76.

[2] Doc. No. 70, at 4.f.

[3] Doc. No. 70, at 4.g.

[4] Doc. No. 70, at 4.a.–4.d.

[5] *Sierra Club, et al. v. U.S. Corps of Engineers, et al.*, No. 4:10-cv-4017-WRW.

1

but I am not likely to strike these documents if they were created before the permit decision was made.

The remaining documents to which Plaintiff objects will be given the weight I deem appropriate after being fully advised in the premises—probably during or at the end of the upcoming hearing.

IT IS SO ORDERED this 10th day of September, 2010.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE