THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| HEMPSTEAD COUNTY HUNTING CLUB, INC., | ) ) ) | 4:10CV4098 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| SOUTHWESTERN ELECTRIC POWER COMPANY, UNITED STATES ARMY CORPS OF ENGINEERS, COLONEL JEFFERY R. ECKSTEIN, District Engineer, Vicksburg District, U.S. Army Corps of Engineers, UNITED STATES DEPARTMENT OF THE INTERIOR, KEN SALAZAR, Secretary of the United States Department of the Interior, UNITED STATES FISH AND WILDLIFE SERVICE, and ROWAN W. GOULD, Acting Director of the United States Fish and Wildlife Service, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **JUDGMENT** |
| Defendants. | ) ) | |

Pursuant to the Joint Stipulation of Dismissal (filing 242) filed by all parties, judgment is hereby entered as follows: (1) all claims in this action are dismissed with prejudice, with each party bearing its own costs and attorney fees and waiving any claim to seek costs or attorney fees from any other party; (2) the preliminary injunction entered in this action by order dated October 27, 2010, (filing 143) is dissolved; and (3) this court does not retain jurisdiction over this case.

DATED this 22nd day of August, 2011.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge