IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS,
TEXARKANA DIVISION

| | |
|---|---|
| HEMPSTEAD COUNTY HUNTING CLUB, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 4:10-cv-04098-WRW<br>) |
| SOUTHWESTERN ELECTRIC POWER COMPANY, UNITED STATES ARMY CORPS OF ENGINEERS, COLONEL JEFFERY R. ECKSTEIN, District Engineer, Vicksburg District, U.S. Army Corps of Engineers, UNITED STATES DEPARTMENT OF THE INTERIOR, KEN SALAZAR, Secretary of the United States Department of the Interior, UNITED STATES FISH AND WILDLIFE SERVICE, and ROWAN W. GOULD, Acting Director of the United States Fish and Wildlife Service, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER ON PLAINTIFF'S MOTION TO AUTHORIZE CLERK TO REFUND CASH BOND

On this day came to be heard the Plaintiff's Motion to Authorize Clerk to Refund Cash Bond (Filing 245) filed in the above styled and numbered cause by Hempstead County Hunting Club (HCHC).

The Court, having issued Judgment pursuant to the Joint Stipulation of Dismissal dismissing all claims in this action with prejudice, finds that the bond posted by HCHC in this case should be released back to HCHC. It is therefore:

ORDERED that the Plaintiff's Motion to Authorize Clerk to Refund Cash Bond (Filing 245) is granted, and the Clerk shall return the bond posted in this case to HCHC by mailing the

same to HCHC's counsel Frederick W. Addison, III at Munsch Hardt Kopf & Harr, P.C., 500 North Akard, Suite 3800, Dallas, Texas 75201.

SIGNED this 10th day of August, 2015.

s/ *Richard G. Kopf*
Senior United States District Judge